Case 1:24-mj-00184-GMH   Document 1-1   Filed 05/

Case: 1:24-mj-184
Assigned To: Magistrate Judge G.Michael Harvey
Assign. Date : 5/23/2024
Description: COMPLAINT WITH ARREST WARRANT

**STATEMENT OF FACTS**

In April of 2023, members of the Metropolitan Police Department Narcotics Enforcement Unit ("NEU"), Federal Bureau of Investigation ("FBI"), and Drug Enforcement Administration ("DEA") (collectively "law enforcement") were made aware of a local street gang or crew operating in the vicinity of 1100 block of Raum Street, N.E., Washington, D.C. This crew is known to sell fentanyl and crack cocaine and is tied to violence in the area.

Law enforcement began focusing investigative resources on the area known as Trinidad, located in Northeast Washington, D.C. Historically, this geographic area has been plagued by persistent violent crimes, and much of it has been found to be fueled by the open-air drug market, street level drug trafficking, and gang violence. The area has been the subject of numerous community complaints and the concern is that the environment - with subjects openly, brazenly drug trafficking in large quantities on the streets with impunity - is breeding a cyclical drug distribution network.

In July of 2023, in connection with the investigation, law enforcement installed pole cameras in the 1100 block of Raum Street, N.E., Washington, D.C. Over the course of several months, from July 2023 to the present, video from the pole cameras showed the same general pattern: a group of men, including, the defendant **Edward Frizell WILLIAMS**, and others, including Davon CUNNINGHAM, Levancie CARR, Roosevelt RICHARDSON (collectively, "Trinidad Crew"), regularly made hand-to-hand transactions with individuals who drove into the area or walked through area.

Members of the Trinidad Crew, including **WILLIAMS**, generally took turns making hand-to-hand transactions with the individuals who came into the area, and they engaged in these hand-to hand transactions on an almost daily basis. Members of the group routinely discouraged others to avoid the block by approaching vehicles that came into the area and asking the occupants why they were there.

Furthermore, members of the group, including **WILLIAMS**, regularly went to the same buildings after conducting several hand-to-hand transactions with individuals. Some of these locations were identified as xxxx XXth Xxxxx XX, Washington DC; xxxx Xxxxxxxx Xxxxxxx XX, Xxx xx, Washington DC; and xxxx Xxxx Xxxxxxxx Xxx XX, Washington DC.

Based on my training and experience, I understand that short in time, hand-to-hand transactions where an object is exchanged for U.S. currency is typical of drug trafficking. Based on my training and experience, I also know that individuals who engage in this type of conduct repeatedly going to the same building shows that they are using the same location as a place to store narcotics. Finally, based on the coordinated activity of the group, I believe based on my training and experience, that members of the group are conspiring to sell narcotics together.

During the investigation, law enforcement employed Undercover Officers (UCs) and paid Confidential Informants (CIs) to make a series of controlled purchases of narcotics from members of the crew. Before each purchase, law enforcement searched the CIs and they were found to be free of drugs and contraband before each purchase. Law enforcement provided the CIs with pre-recorded U.S. Currency to purchase narcotics from targets at the predetermined meeting locations.

The CIs were also equipped with a covert audio/video recorder and devices, which was monitored by case agents. The CIs initially purchased smaller amounts of narcotics from the targets but later began to purchase larger quantities of narcotics from targets.

From June 2023 through March 2024, the CIs and UCs made approximately 42 controlled purchases of narcotics from members of the Trinidad Crew. Most of these controlled purchases took place in the 1100 block of Raum Street, N.E., Washington, D.C. These purchases total over 600 grams of fentanyl and approximately 150 grams of cocaine base.

During the investigation, CIs have purchased narcotics from **WILLIAMS** directly on five occasions. Based on surveillance of the area, footage from the pole camera, and his interactions with other members of the Trinidad Crew, I believe, based on my training and experience, that he is acting in concert with other members of the crew to sell narcotics.

For example, on or about June 28, 2023, a CI met **WILLIAMS** in the 1100 block of Raum Street, NE. The CI purchased an amount of cocaine base from **WILLIAMS** in exchange for $40. **WILLIAMS** retrieved the cocaine base from a bag that appeared to the CI to contain hundreds of small zip lock bags containing suspected cocaine base.

On September 27, 2023, agents using a covert camera observed **WILLIAMS** enter xxxx Xxxx Xxxxxxxx Xxx XX while carrying a package. Moments later, they observed CUNNINGHAM leave xxxx Xxxx Xxxxxxxx Xxx XX and proceed to meet with an UC. CUNNINGHAM then sold the UC approximately 100 grams of fentanyl as tested by the DEA Laboratory.

On or about October 23, 2023, the CIs met **WILLIAMS**, CARR, and another member of the Trinidad Crew in the 1100 block of Raum Street, N.E. After learning that the CIs wanted "down," which is slang for heroin or fentanyl, CARR said that he would get it together. CARR then walked into xxxx XX$^{th}$ Xxxxxx, XX. He returned a short while later and sold a quantity of fentanyl to the CIs. The CIs mentioned that they had a little extra money and asked if he could get some "up," referring to cocaine base. CARR asked if they had a scale to weight the cocaine base. When they indicated that they did not, CARR went to xxxx XX$^{th}$ Xxxxxx XX and returned with a scale. He then weighed the cocaine base, and he sold it to the CIs in exchange for pre-recorded MPD funds.

On or about November 22, 2023, **WILLIAMS** sold the CIs $100 worth of "dope," slang for heroin or fentanyl. He provided the CIs with a cell phone number to contact him on as well as a nickname. Agents were able to identify him by comparing him to his known photographs.

On May 20, 2024, during the early morning hours, **WILLIAMS** was seen leaving xxxx Xxxxxxxx Xxxxxxx XX, Xxx xx carrying a black backpack. He was later observed going to xxxx Xxxx Xxxxxxxx Xxx XX and entering that location using a key. He then left and sat outside xxxx XX$^{th}$ Xxxxxx, XX, for approximately one hour.

On Thursday May 23, 2022, at approximately 6:00 AM, law enforcement responded to the drug stash house located at xxxx XX$^{th}$ Xxxxxx, XX to execute a search warrant. Investigators, utilizing marked vehicles equipped with emergency lights, approached the residence and observed two individuals, one later identified as **WILLIAMS**, sitting outside on the front porch. As investigators

2

began to exit the vehicles, **WILLIAMS**, who was seated in a chair on the front right porch, stood up, put his hands in the air, and walked towards officers. The second subject stood up and fled from the scene.

**WILLIAMS** was detained at the scene. Upon inspection of the front porch area, investigators observed a black in color firearm sitting on a tire in arms-length of where **WILLIAMS** was seated. The weapon was determined to be a .40 caliber firearm with a bottom receiver that had no serial number and a corresponding top receiver bearing serial number BLD673.

Upon search of the residence, law enforcement recovered: (1) multiple digital scales with white residue suspected controlled substance; (2) a false book containing six twists each containing a white substance suspected to be controlled substances; (3) one plastic bag containing 27 small zips each containing a white rock like substance suspected to be controlled substances; (4) four firearms and multiple magazines and rounds of various ammunition.

Law enforcement reviewed aerial surveillance footage from May 23, 2024, of the 1600 block of 11th Street NE, Washington, D.C. around the time that law enforcement arrived on scene to execute the warrant. In the aerial surveillance footage, **WILLIAMS** is visible sitting in the chair on the front porch of xxxx XXth Xxxxxx XX , Washington DC, prior to and during law enforcement's arrival.

Based on the foregoing, your affiant submits that there is probable cause to believe that **WILLIAMS** unlawfully conspires to knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance; and a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

_K Pindle_
_____
SPECIAL AGENT KHRYSTINA PINDLE
DRUG ENFORCEMENT ADMINISTRATION

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 23rd day of May 2024.*

_____
HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE

3